Robert F. Foss, Esq., SB # 174388
Baum, Hedlund, Aristei & Goldman
A Professional Corporation
12100 Wilshire Blvd., Suite 950
Los Angeles, CA   90025
Tel:   (310) 207-3233
Fax:  (310) 820-7444

Attorneys for Defendant,
JACKIE M. FLETCHER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| In Re: | Case No. 2:10-cv-03077-EFB |
| Jackie M. Fletcher, individually, and as Successor in Interest of the Estate of Clay J. Newcomer, Deceased, | Judge:  Magistrate Judge Edmund F. Brennan |
| Plaintiff, | **[VIA CM/ECF E-FILING SYSTEM]** |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| A & H EXPRESS, INC., a corporation; HARMANDEEP SANDU, an individual; AJMER SINGH, an individual, and DOES 1-15, Inclusive, | Removal Filed:  November 16, 2010<br>Trial:  Not set. |
| Defendants. | |

THIS MATTER comes before the Court upon the stipulation of Jackie M. Fletcher, individually and as Successor in Interest of the Estate of Clay J. Newcomer, deceased, by and through her attorney, Robert F. Foss, Esq. of Baum, Hedlund, Aristei & Goldman, P.C., that the cause of action alleged in the Complaint be dismissed with prejudice and without costs to either party, on the ground that the issues raised by the pleadings with regard to defendants A&H Express, Inc., Harmandeep Sandu and Ajmer Singh have been fully compromised and settled.  The remaining issues regarding heirship and allocation of the wrongful death proceeds are being litigated in the related interpleader action, Case No. 2:11-CV-00354-GEB-EFB, *Universal Casualty Company v. A&H Express, Inc.*, et al.  Therefore,

/ / / / /

/ / / / /

1. IT IS HEREBY ORDERED that this case (2:10-CV-003077-EFB) be and is hereby dismissed
2. with prejudice and without costs to either party.
3. DATED: November 2, 2011

_____
Magistrate Judge Edmund F. Brennan

IT IS SO STIPULATED:

_____
ROBERT F. FOSS, ESQ.
Attorney for Plaintiff, Jackie M. Fletcher

_____
AMY R. VON KELSCH-BERK, ESQ.
Attorneys for Defendants,
A&H Express, Inc., Harmandeep Sandu, and Ajmer Singh